IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-114 |
| | ) | |
| STEPHEN DANIEL LASKOWSKI | ) | JUDGE LANCASTER |
| | ) | |
| | ) | ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, to-wit, this 16th day of Dec, 200_, upon consideration of the foregoing Motion for Authorization of Additional Funds for Psychological Evaluation, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED and an additional $5,950.00 is authorized to be paid to Dr. James G. Huha for psychological services rendered on behalf of Defendant, Stephen D. Laskowski.

_[signature]_